### (September 19, 1980)

■ CATHY D. EDWARDS, Respondent, v NATHAN J. EDWARDS, Appellant. —Appeal dismissed, without costs, unless appellant shall file and serve record and brief on or before October 29, 1980, in which event motion to dismiss appeal denied. Motion by respondent for counsel fees on the appeal denied, without costs and without prejudice to renewal in the court of original instance *(Conrad v Conrad,* 60 AD2d 713). Mahoney, P. J., Greenblott, Kane, Main and Herlihy, JJ., concur.